```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12579
  ANTOINE L ALLEN
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-8823

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/16/2008 and was not confirmed.

     The case was dismissed without confirmation 07/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
SAXON MORTGAGE            CURRENT MORTG          .00         .00           .00
CAPITAL ONE AUTO FIN      SECURED VEHIC          .00         .00           .00
SAXON MORTGAGE            SECURED NOT I     27462.64         .00           .00
SAXON MORTGAGE SERVICES   NOTICE ONLY      NOT FILED         .00           .00
GE MONEY BANK             NOTICE ONLY      NOT FILED         .00           .00
PREMIER BANCARD CHARTER   UNSECURED           427.87         .00           .00
PRO SE DEBTOR             DEBTOR ATTY            .00                       .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      --------------      --------------
TOTALS                     .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```